JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 380 -- IN RE THE CALIFORNIA MEDICAID COST REIMBURSEMENT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 2/26/79 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Plaintiff California Association of Homes for the Aging -- w/cert. of serv. SUGGESTED TRANSFEREE COURT: N. D. California  SUGGESTED TRANSFEREE JUDGE: Judge Stanley A. Weigel  (cds) |
| 3/12/79 | | APPEARANCES -- George Deukmejian for All State Defendants; Eugene L. Trope for Quality Care Convalescent Hospital Centers, Inc, Robert & Margaret Devoir; J. Mark Waxman for California Assoc. of Health Facilities    (emh) |
| 3/30/79 | 2 | LETTER/REQUEST regarding Panel consideration moot, pertinent orders attached -- Movant California Assoc. of Homes for the Aging  (cds) |
| 3/30/79 | 3 | LETTER -- Concurring with movant's request to dismiss motion as moot -- Sec. H.E.W. (cds) |
| 3/30/79 | | ORDER DENYING MOTION AS MOOT -- Notified involved judges, clerks, and counsel   (cds) |
| 4/27/79 | | CORRECTION ORDER -- Correcting order filed on 3/30/79 -- Notified involved judges, clerks and counsel   (emh) |

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 380 -- IN RE THE CALIFORNIA MEDICAID COST REIMBURSEMENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | California Association of Homes for the Aging v. Edmund G. Brown, Jr., et al. | N.D.Cal. Renfrew | C-78-2557 CBR CV79-967-HP | | | Not TR by J Ren/L on 3/2/79 | |
| A-2 | Ellen Aalto, et al. v. Edmund G. Brown, Jr., et al. | N.D.Cal. Renfrew | C-78-2623 CBR CV79-?6-?H | | → | Not TR by Ren on 2/28/79 | |
| A-3 | California Association of Health, et al. v. Joseph A. Califano, Jr., et al. | C.D.Cal. Pregerson | 78-2637 HP | | → | 3/30/79 | |
| A-4 | Guy Bracco, et al. v. Jerome Lackner, M.D., et al. | N.D.Cal. Weigel | 78-0471 SAW | | | | |

JPML Form 1

Revised: 8/78

DOCKET NO. 380 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE CALIFORNIA MEDICAID COST REIMBURSEMENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/30/79 | MO | unpublished | | | |

Special Transferee Information

DATE CLOSED: March 30, 1979

Denied as Moot

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 380 -- IN RE THE CALIFORNIA MEDICAID COST REIMBURSEMENT LITIGATION

| | |
|---|---|
| ELLEN AALTO, ET AL. (A-2)<br>Sidney Wolinsky, Esq.<br>Public Advocates, Inc.<br>1535 Mission Street<br>San Francisco, CA  94103<br><br>CALIFORNIA ASSOCIATION OF HEALTH FACILITIES (A-3)<br>J. Mark Waxman, Esq.<br>Weissburg & Aronson, Inc.<br>2049 Century Park East<br>32nd Floor<br>Los Angeles, CA  90067<br><br>GUY BRACCO, ET AL. (A-4)<br>Eugene L. Trope<br>c/o Trope and Trope<br>1901 Avenue of the Stars<br>Suite 1451<br>Los Angeles, CA  90067<br><br>CALIFORNIA ASSOCIATION OF HOMES FOR THE AGING (A-1)<br>Orrin Leigh Grover, Esq.<br>1524 California Street<br>San Francisco, California  94109 | EDMUND G. BROWN, JR.<br>BEVERLEE MYERS<br>MARIO OBLEDO<br>THE CALIFORNIA DEPT. OF HEALTH SERVICES<br>JESSE UNRUH<br>KENNETH CORY<br>EDWIN BEACH<br>STATE OF CALIFORNIA<br>JEROME LACKNER<br>George Deukmejian, Attorney General<br>John J. Klee, Jr. Deputy Attorney General<br>6000 State Building<br>San Francisco, California  94102 |

JPML FORM 3

*[handwritten note: Jericho Common Party list not done — Wait to see if 81404 granted]*

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 380 -- IN RE THE CALIFORNIA MEDICAID COST REIMBURSEMENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Edmund G. Brown, Jr. Governor, State of California | A-1, A-2 |
| Beverlee Myers Director, Dept. of Health Services | A-1, A-2, A-3 |
| Mario Obledo, Secretary of Health & Welfare for State of California | A-1, A-2, A-3 |
| The Department of Health Services of California | A-1 |
| Joseph Califano, Sec. H.E.W. | A-1, A-3 |
| Department of Health Education & Welfare | A-1 |
| JESSE UNRUH, Treasurer, State of California | A-2, |
| Kenneth Cory Controller of the State of California | A-2 |
| Roy Bell Director of Finance State of California | A-2 |
| Edwin Beech, former Director of the State Department of Health | A-2 |
| State of California | A-2, A-3 |

p. _____

| | A-4 |
|---|---|
| Jerome Lackner, M.D.<br>Director, California<br>Department of Health | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |