DOCKET NO. 380

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CALIFORNIA MEDICAID COST REIMBURSEMENT LITIGATION

ORDER DENYING MOTION AS MOOT

On February 26, 1979, plaintiff in one of the Northern District of California actions moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring the Central District of California action to the Northern District of California for coordinated or consolidated pretrial proceedings with the three actions pending there. Since that motion was filed with the Panel, however, one of the Northern District of California actions has been dismissed and the remaining two Northern District of California actions have been transferred, pursuant to 28 U.S.C. §1404(a), to the Central District of California.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1404(a) for transfer of the action listed on the attached Schedule A and pending in the Central District of California to the Northern District of California be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Murray I. Gurfein
Chairman

MDL-380                                              SCHEDULE A

### NORTHERN DISTRICT OF CALIFORNIA

Ellen Aalto, et al. v. Edmund G.           Civil Action
Brown, Jr., et al.                         No. C-78-2623 CBR

California Association of Homes for        Civil Action
the Aging v. Edmund G. Brown, Jr.,         No. C-78-2557 CBR
et al.

Guy Bracco, et al. v. Jerome Lackner,      Civil Action
M.D., et al.                               No. 78-0471 SAW

### CENTRAL DISTRICT OF CALIFORNIA

California Association of Health, et al.   Civil Action
v. Joseph A. Califano, Jr., et al.         No. 78-2637 HP